UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLINTON WALKER and
ROBERT RAMIREZ,

       Plaintiffs,              CASE NO.: 8:20-cv-01044-T-36JSS

v.

RUBEN DeJESUS, in his
individual capacity,

       Defendant.
_____/

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL

Defendant, Ruben DeJesus ("DeJesus" or "Defendant"), by and through his undersigned counsel, hereby files his Answer and Affirmative Defenses to the Complaint filed by Plaintiffs and states as follows:

## INTRODUCTION

1. Denied.

## PARTIES

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit.

## JURISDICTION AND VENUE

8. Denied.

9. Denied.

10. Denied.

11. Denied.

## FACTUAL ALLEGATIONS

12. Denied.

13. Denied.

14. Unknown; therefore denied.

15. Denied.

16. Unknown; therefore denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Unknown, therefore denied.

48. Admit.

49. Objection relevance, otherwise denied.

50. Admit.

51. Denied.

52. Denied.

## **COUNT I – FALSE ARREST/IMPRISONMENT – (CLINTON WALKER)**

53. Defendant adopts and realleges his responses to paragraphs numbered 1-52 as stated above.

54. Denied.

56. Denied.

57. Denied.

58. Denied.

    a) – d) Denied.

## **COUNT II – BATTERY – (CLINTON WALKER)**

59. Defendant adopts and realleges his responses to paragraphs numbered 1-58 as stated above.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

    a) – d) Denied.

### COUNT III – 42 U.S.C. § 1983
### VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS
### (CLINTON WALKER)

66.     Defendant adopts and realleges his responses to paragraphs numbered 1-65 as stated above.

67.     Denied.

68.     Denied.

69.     Denied.

70.     Denied.

   a) – e)  Denied.

### COUNT IV – FALSE ARREST / IMPRISONMENT – (ROBERT RAMIREZ)

71.     Defendant adopts and realleges his responses to paragraphs numbered 1-70 as stated above.

72.     Denied.

73.     Denied.

74.     Denied.

75.     Denied.

76.     Denied,

### COUNT V – BATTERY – (ROBERT RAMIREZ)

77.     Defendant adopts and realleges his responses to paragraphs numbered 1-76 as stated above.

78.     Denied.

79.     Denied.

80.     Denied.

81. Denied.

82. Denied.

   a) – d) Denied.

## COUNT VI – 42 U.S.C. § 1983
## VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS
## (ROBERT RAMIREZ)

83. Defendant adopts and realleges his responses to paragraphs numbered 1-82 as stated above.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

   a) – e) Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendant says that at the time and place alleged in the Complaint, the Defendant's actions was based upon the lawful execution of his legal duties and police powers, and such conduct is protected by the state discretionary function immunity.

### SECOND AFFIRMATIVE DEFENSE

In the event that Plaintiff, Clinton Walker, recovers a verdict or judgment against Defendant, then said verdict or judgment must be reduced, under the laws of Florida, by those amounts which have already, or will in the future have, with reasonable certainty, indemnified or paid Walker, in whole or in part, for any past or future claimed economic

loss, from any collateral source including but not limited to, insurance, social security, workers' compensation or other public or private programs, including but not limited to employee benefit programs.

### THIRD AFFIRMATIVE DEFENSE

In the event that Plaintiff, Robert Ramirez, recovers a verdict or judgment against Defendant, then said verdict or judgment must be reduced, under the laws of Florida, by those amounts which have already, or will in the future have, with reasonable certainty, indemnified or paid Ramirez, in whole or in part, for any past or future claimed economic loss, from any collateral source including but not limited to, insurance, social security, workers' compensation or other public or private programs, including but not limited to employee benefit programs.

### FOURTH AFFIRMATIVE DEFENSE

Defendant is entitled to a setoff for all sums of money recovered by or on behalf of Walker and/or Ramirez by way of any settlement, judgment, or otherwise which was entered into or received by Walker and/or Ramirez from any person or entity.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs fail to state a cause of action against the Defendant.

### SIXTH AFFIRMATIVE DEFENSE

Defendant is entitled to qualified immunity.

### SEVENTH AFFIRMATIVE DEFENSE

There is no constitutional violation asserted.

## EIGHTH AFFIRMATIVE DEFENSE

The Plaintiffs were committing a felony.

## NINTH AFFIRMATIVE DEFENSE

Probable cause existed for the arrest of the Plaintiffs.

## TENTH AFFIRMATIVE DEFENSE

At all times material to the allegations of the Complaint, Defendant was a duly authorized law enforcement officer of the City of St. Petersburg and possessed authority to make a lawful arrest or detention for the commission of crimes. Any force used was reasonable, necessary, privileged and justified.

## ELEVENTH AFFIRMATIVE DEFENSE

Reasonable suspicion existed for the detention of Plaintiffs.

## TWELTH AFFIRMATIVE DEFENSE

The acts complained of by the Plaintiffs are directly attributable to the actions of the Plaintiffs.

## THIRTEENTH AFFIRMATIVE DEFENSE

If it is determined that Plaintiffs failed to make reasonable efforts to mitigate their own injuries and damages, then Plaintiffs' damages should be diminished in accordance with their failure to mitigate such damages.

## FOURTEENTH AFFIRMATIVE DEFENSE

The injuries or damages sustained by Plaintiffs, if any, can be attributed to several causes or preexisting conditions and accordingly should be apportioned among the various

causes according to the respective contribution of each such cause to the harm sustained, if any.

## REQUEST FOR JURY TRIAL

Defendant requests a trial by jury of all issues so triable

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Gerasimos "Jerry" Theophilopoulos, Esquire,** Theophilopoulos Law, P.A., 649 E. Tarpon Ave., Tarpon Springs, FL 34689, jerry@theolaw.com, Attorney for Plaintiffs.

          OFFICE OF THE CITY ATTORNEY
          FOR THE CITY OF ST. PETERSBURG

By:   /s/ *Joseph P. Patner*
      JOSEPH P. PATNER
      FBN: 831557
      Attorney for Defendant
      Executive Assistant City Attorney
      P. O. Box 2842
      St. Petersburg, Florida 33731
      (727) 893-7401, FAX: (727) 892-5262
      eservice@stpete.org
      joseph.patner@stpete.org